IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARRY HARRISON and LAURA HARRISON,

    Plaintiffs,

v.

SKY2 C FREIGHT SYSTEMS INC., a California corporation, TARUN TANDON, and individual, and DOES through 20,

    Defendants.

No. C 07-00657 WHA

**ORDER DENYING REQUEST TO SET STATUS CONFERENCE FOR OCTOBER 2007**

    The Court has received parties' notice of settlement. Parties request to hold a status conference in October 2007, and to vacate all intervening dates is **DENIED**. All deadlines, including the case management conference scheduled for May 10, 2007, at 11:00 a.m., remain in place.

**IT IS SO ORDERED.**

Dated: April 27, 2007.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE